UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5009769 |
| RODOLFO SANTOS | : | <u>ORDER FOR DISMISSAL</u> |

   Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violations No. H5009769 against defendant Rodolfo Santos, which was filed on August 20, 2015 charging him with possessing a 2.75 inch credit card knife, for the reason that prosecution of defendant Rodolfo Santos is being deferred under the terms of a pretrial diversion agreement.

   This dismissal is without prejudice, and is pending the successful completion by defendant Rodolfo Santos of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 3/29/16